**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
AL MOSHIR,,

                Plaintiff,

    -against-                                             23 **CIVIL 8530 (LTS)**

                                                               **JUDGMENT**

IGPP U.S.A. INC.,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 8, 2023, the complaint is dismissed without prejudice. See 28 U.S.C. §§ 1914, 1915. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Accordingly, the case is closed.

**Dated:** New York, New York

      November 9, 2023

                                                              **RUBY J. KRAJICK**
                                                                 Clerk of Court

                                                  **BY:**
                                                                 _____
                                                                   **Deputy Clerk**